# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

STEVEN SCHUTT,

    Plaintiff,

vs.

ENDRES SERVICES, INC.,

    Defendant.

No. 10-CV-49-LRR

**ORDER**

_____

The matter before the court is Defendant Endres Services, Inc.'s "Motion to Dismiss Pursuant to [Federal Rule of Civil Procedure] 41(b)" ("Motion") (docket no. 11). On August 10, 2010, Defendant filed the Motion. Plaintiff Steven Schutt has not filed a resistance and the time for doing so has expired. *See* LR 7.e. (stating that a resistance must be filed "within 14 days after the motion is served").

Defendant asks the court to dismiss the instant action pursuant to Federal Rule of Civil Procedure 41(b) "for a failure to prosecute or otherwise a failure to comply with the court rules pertaining to the preparation and submission of a proposed Scheduling Order and Discovery Plan." Motion at ¶ 9. On August 9, 2010, the Clerk of Court entered a Judgment (docket no. 9) stating that "the plaintiff take nothing and that the action be dismissed for want of prosecution."[1] Judgment at 1. Accordingly, the Motion (docket no.11) is **DENIED AS MOOT**. The Judgment stands as a dismissal without prejudice. *See* LR 41.b. (stating that the Clerk of Court may, in particular circumstances, "enter an order dismissing a civil action without prejudice"). At this time, the court finds no reason to alter the Judgment.

---

[1] On August 10, 2010, the Clerk of Court entered an Amended Judgment (docket no. 10) to correct an error with respect to the parties named in the caption.

**IT IS SO ORDERED.**

**DATED** this 3rd day of September, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA